STATE OF CONNECTICUT *v.* JOSE LARACUENTE

The defendant's petition for certification for appeal from the Appellate Court, 57 Conn. App. 91 (AC 18091), is denied.

*Del Atwell*, special public defender, in support of the petition.

*Margaret Gaffney Radionovas*, assistant state's attorney, in opposition.